IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LISA WEAVER, ) | |
|    *Plaintiff*, ) | |
| ) | |
| vs. ) | No. 07-1273-WEB |
| ) | |
| SALINA GIFTS, L.L.C., ) | |
|    *Defendant.* ) | |
| _____ ) | |

### JOURNAL ENTRY OF DISMISSAL

ON this 5th day of March, 2008, this matter comes before the Court upon the joint application of the parties for a dismissal with prejudice. Plaintiff appeared by her attorney, Larry G. Michel. Defendant appeared by its attorney, Alexander B. Mitchell, II. Upon the agreement of the parties,

IT IS BY THE COURT ORDERED that this case be, and the same is hereby, dismissed with prejudice. Each party shall bear their own costs.

S/Wesley E. Brown<br>Senior District Judge

APPROVED:

s/ Larry G. Michel (14067)
*Attorney for Plaintiff*

s/ Alexander B. Mitchell, II (8204)
*Attorney for Defendant*